UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS W. LESLIE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CRUISEPORT CURAÇAO CV, *et al.*, <br><br> Defendants. | NO. C18-0161RSL <br><br> ORDER GRANTING MOTION TO WITHDRAW |

This matter comes before the Court on attorney Scott David Smith's "Motion to Withdraw as Counsel of Record for Plaintiffs." Dkt. # 8. Having reviewed the papers submitted, the motion is GRANTED. The Clerk of Court is directed to terminate Mr. Smith's participation in this case and to include plaintiffs' contact information:

> 4634 Woodgreen Drive
> West Vancouver, BC V7S2V2
> (604) 922-8304

in the docket.

Plaintiffs are now proceeding pro se in this litigation. Unless and until they retain new counsel, they are expected to follow the local rules of this district (found at http://www.wawd.uscourts.gov/sites/wawd/files/WAWDAllLocalCivilRules-2017.pdf) and the

ORDER GRANTING MOTION
TO WITHDRAW - 1

Federal Rules of Civil Procedure. Plaintiffs are advised that requests for relief from the Court must be in the form of a motion and all declarations must be signed, dated, and made under penalty of perjury. See LCR 7 and 10; 28 U.S.C. § 1746.

Dated this 7th day of August, 2018.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION
TO WITHDRAW - 2