THE HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE, WASHINGTON

| | |
|---|---|
| THOMAS W. LESLIE and ETHEL "LASSE" LESLIE, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CRUISEPORT CURAÇAO CV, a Curaçao general partnership; HOLLAND AMERICA LINE NV d/b/a HOLLAND AMERICA LINE NV, LLC, a Curaçao corporation, individually, and as general partner of CRUISEPORT CURAÇAO CV; HAL ANTILLEN NV, a Curaçao corporation; HOLLAND AMERICA LINE—USA, INC., a Delaware corporation; and HOLLAND AMERICA LINE, INC., a Washington corporation,<br><br>Defendants. | NO. 2:18-cv-00161 RSL<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF AND SETTLEMENT CONFERENCE DEADLINE** |

## ] ORDER

Based upon parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS

NOW THEREFORE ORDERED, ADJUDGED, and DECREED, that the discovery cutoff and

Settlement conference deadlines are extended 30 days, until October 8, 2019 and October 22, 2019,

ORDER GRANTING MOTION TO CONTINUE
DISCOVERY AND MEDIATION DEADLINES - 1

Anderson & Mitchell, PLLC
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491

respectively, and that the Leslies are excused from personal attendance and are permitted to attend the mediation by remote means. No other deadlines are changed.

DATED this __16ᵗʰ__ day of __Sept.__, 2019.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE
WESTERN DISTRICT OF WASHINGTON

Presented by:

*s/Wayne Mitchell*

WAYNE MITCHELL, WSBA # 24347
ANDERSON & MITCHELL, PLLC
100 S. King Street, Suite 560
Seattle, WA 98104
Telephone:   206-436-8490
Facsimile:    206-436-8491
Email:         wayne@andersonmitchell.com
Attorneys for Plaintiffs

Order Agreed, Notice of Presentation Waived

*s/Louis Shields*

LOUIS A. SHIELDS, WSBA # 25740
LEGROS BUCHANAN & PAUL
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:   206-623-4990
Facsimile:    206-467-4828
Email:         lshields@legros.com
Attorneys for Defendants

ORDER GRANTING MOTION TO CONTINUE
DISCOVERY AND MEDIATION DEADLINES - 2

**Anderson & Mitchell, PLLC**
100 S. King St., Suite 560
Seattle, WA 98104
Phone: (206) 436-8490
Fax: (206) 436-8491